IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **MICHAEL PRUITT,** | : | Civil Action |
| Pruitt, | : | |
| v. | : | No. 09-cv-1625 |
| **LAUREL R. HARRY, *ET AL.*,** | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 17th day of September, 2025, upon consideration of the Petition of Michael Pruitt for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, Respondents' Answer thereto, the Parties' extensive briefing, and following careful review of the state court record and the evidence presented before me, it is hereby **ORDERED** that the Petition is **GRANTED** on the four grounds discussed in the accompanying Memorandum Opinion, and the jury's verdict and Petitioner's convictions on the offenses of first degree murder, rape and involuntary deviate sexual intercourse and sentence of death are **VACATED** without prejudice to the right of the Commonwealth of Pennsylvania to re-try Petitioner for the above crimes within the appropriate time prescribed by Pennsylvania law.

**IT IS FURTHER ORDERED** that in all other respects, the Petition is **DENIED.**

BY THE COURT:

*/s/  Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,      J.**