IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PRUITT,** | : | |
| *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LAUREL R. HARRY,** *et al.*, | : | |
| *Respondents*. | : | NO. 09-cv-1625 |

## ORDER

**AND NOW,** this **7th** day of **November 2025**, upon consideration of Judge Goldberg's memorandum opinion granting habeas relief to Petitioner (ECF No. 187), the accompanying Amended Order (ECF No. 189), Petitioner's Notice of Cross-Appeal (ECF No. 191), the Third Circuit's Order remanding to this Court for the sole purpose of deciding whether a certificate of appealability should issue (ECF No. 197), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that a certificate of appealability is **GRANTED** with respect to Claim I of Pruitt's Petition for a Writ of Habeas Corpus (ECF No. 94) that the ineffectiveness of his trial counsel for failure to investigate and counter the Commonwealth's DNA evidence and testimony demonstrates prejudice towards his convictions for all five counts, and Claim II that the ineffectiveness of his trial counsel for failure to recognize the falsity of the Commonwealth's presentation of DNA evidence and to impeach the Commonwealth's witnesses demonstrates prejudice towards his convictions for all five counts. The certificate of appealability is issued on the ground that Petitioner has made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**