IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PRUITT,** | : | |
| *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LAUREL R. HARRY,** *et al.,* | : | |
| *Respondents*. | : | NO. 09-cv-1625 |

## ORDER

**AND NOW,** this **3rd day** of **December 2025**, upon consideration of Respondents' Motion for Stay of Judgment and Order Pending Appeal (ECF No. 192) and Petitioner's Response to Commonwealth's Motion for Stay of Judgment and Order Pending Appeal (ECF No. 199), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Respondents' Motion for Stay of Judgment and Order Pending Appeal (ECF No. 192) is **GRANTED** and the Amended Order dated September 18, 2025 (ECF No. 189) is **STAYED until the Third Circuit renders its opinion on the case**, at which time the Commonwealth has six months from the date of the opinion to re-try Petitioner should the Third Circuit affirm the Amended Order (ECF No. 189). This Order is without prejudice to either party to further petition the Court to extend or lift the stay for good cause.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**